STATE BOARD OF EDUCATION *et al.* v. BOARD OF PUBLIC EDUCATION FOR SAVANNAH AND CHATHAM COUNTY.

BELL, Justice. The questions in this case are controlled by the decision heretofore rendered on this date, in *State Board of Education* v. *County Board of Education of Richmond County, ante.*

*Judgment reversed. All the Justices concur.*

No. 13362. JUNE 21, 1940. REHEARING DENIED JULY 13, 1940.

*Ellis G. Arnall, attorney-general, E. J. Clower* and *Marshall L. Allison, assistant attorneys-general,* for plaintiffs in error.

*Isaac S. Peebles Jr.,* contra.